731          In re Tax Refund Litigation of Organizers and Promoters of Investment Plan Involving Book Properties Leasing

| | | |
|---|---|---|
| 87/04/20 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 Thru A-5) Filed by The United States of America -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF NEW YORK -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 87/04/30 | | APPEARANCES: JULES RITHOLZ, ESQ. for Irving Cohen, Geoffrey Townsend, Ltd., Madison Library, Inc. and Universale Publishing Resources, Ltd.; SCOTT D. MICHEL, ESQ. for Barrister Associates, et al.; JOHN B. CONSEVAGE, ESQ. for United States of America. ( |
| 87/05/05 | 2 | RESPONSE/BRIEF to pldg. #1 -- pltfs Irving Cohen, Universal Publishing Resources, Ltd., Madison Library, Inc. & Geoffrey Townsend Ltd. -- W/cert. of Svc. -- (paa) |
| 87/05/05 | 3 | RESPONSE to pldg. #1 -- plts. Barrister Associates, et al. -- W/cert. of svc. (paa) |
| 87/05/15 | 4 | RESPONSE (to pldg. #1) -- pltfs. Irving Cohen, Universal Publishing Resources, Ltd., Madison Library, Inc., Geoffrey Townsend Ltd., Barrister Associates, et al. -- w/Exhibit and cert. of service (cds) |
| 87/06/19 | | HEARING ORDER -- Settting motion to transfer for Panel Hearing on July 23, 1987, Boston, Massachusetts. (paa) |
| 87/07/23 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: JOHN B. CONSEVAGE, ESQ. for United States of America; JULES RITHOLZ, ESQ. for Irving Cohen, Geoffrey Townsend, Ltd., Universal Publish Resources, Ltd., Madison Library, Inc. (tmq) |
| 87/07/23 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING: SCOTT D. MICHEL, ESQ. for Barrister Associates, Parliament Securities Corp., Robert Gold, Paul F. Belloff. (tmq) |
| 87/08/11 | | TRANSFER ORDER -- Transferring litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, clerks and judges. Transfer to the E.D. New York. (tmq) |
| 87/08/11 | | CONSENT OF TRANSFEREE DISTRICT -- FOR TRANSFER OF ACTIONS UNDER 28 U.S.C. §1407 TO THE EASTERN DISTRICT OF NEW YORK and assignment to Judge Thomas C. Platt, Jr. -- signed by Chief Judge Jack B. Weinstein. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 731 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Tax Refund Litigation of Organizers and Promoters of Investment Plans Involving Book Properties Leasing

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 23, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 11, 1987 | TO | unpublished | E.D. New York 207 | Thomas C. Platt, Jr. | |

### Special Transferee Information

DATE CLOSED: 10/01/91

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Eastern District of New York
Honorable Thomas C. Platt, Jr.

DOCKET NO. 731 -- In re Tax Refund Litigation of Organizers and Promoters of Investment Plans Involving Book Properties Leasing

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Irving Cohen v. United States | Fla., S. Aronovitz | 87-0265-CIV-ARONOVITZ | 8/11/87 | 87-CV-2883 (TCP) | / / | |
| A-2 | Madison Library v. United States | Nev. Foley | CV-S-87-125-RDF | 8/11/87 | 87-CV-2884 (TCP) | 10/1/91 D | |
| A-3 | Universale Publishing Resources, Ltd. v. United States | Nev. Foley | CV-S-87-126-RDF | 8/11/87 | 87-CV-2885 (TCP) | 10/1/91 D | |
| A-4 | Geoffrey Townsend, Ltd. v. United States | Nev. ~~George~~ Foley | CV-S-87-127-~~LDG~~ RDF | 8/11/87 | 87-CV-2886 (TCP) | 10/1/91 D | |
| A-5 | Barrister Associates, et al. v. United States | N.Y., E. Platt | CV-87-0403 | NTN | | 10/10/90 D | |

July 1988 - 4 TR / 1 XX2 / 5 Pdg.
July 1989 - Same
July 1990 - Same
July 1991 - 1 Rm / 4 [illegible]
July 1992  4 dism'd / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 731 -- In re Tax Reund Litigation of Organizers and Promoters of Investment Plans

*Involving* Book Properties Leasing

---

IRVING COHEN (A-1)
MADISON LIBRARY, INC. (A-2)
UNIVERSALE PUBLISHING RESOURCES, LTD. (A-3)
GEOFFREY TOWNSEND, LTD. (A-4)
Jules Ritholz, Esq.
Kostelanetz, Ritholz, Tigue & Fink
80 Pine Street
New York, New York  10005

BARRISTER ASSOCIATES, ET AL. (A-5)
Scott D. Michel, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C.  20005

UNITED STATES OF AMERICA
John B. Consevage, Esq.
Office of Special Litigation
Tax Division
Department of Justice
P.O. Box 7238
Washington, D.C.  20044

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 731 -- In re Tax Reund Litigation of Organizers and Promoters of Investment Plans Involving Book Properties Leasing

| Name of Party | Named as Party in Following Actions |
|---|---|
| The United States of America | A-1, A-2, A-3, A-4, A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |