DOCKET NO. 731

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 11 1987

IN RE TAX REFUND LITIGATION OF ORGANIZERS AND PROMOTERS OF INVESTMENT
PLANS INVOLVING BOOK PROPERTIES LEASING

PATRICIA D. ——
CLERK OF THE PANEL

TRANSFER ORDER

    This litigation consists of five actions pending in three federal districts: three actions in the District of Nevada and one action each in the Southern District of Florida and the Eastern District of New York. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the United States, the defendant in each action, to centralize these actions in the Eastern District of New York for coordinated or consolidated pretrial proceedings. Plaintiffs in all five actions oppose transfer.

    On the basis of the papers filed and the hearing held, the Panel finds that the five actions involve common questions of fact, and that centralization under 28 U.S.C. §1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All five actions are brought by plaintiffs seeking to obtain refunds of penalties inmposed on them by the Internal Revenue Serivce (IRS) for their purported participation in the organization and promotion of the same allegedly abusive tax shelter plan involving the sale of interests in limited partnerships formed to lease and market so-called book properties. Centralization under Section 1407 is therefore necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Eastern District of New York is the appropriate transferee forum for this litigation. We note that many witnesses and documents can be expected to be found in the Eastern District of New York, because 1) four of the litigation's eight plaintiffs are parties to the Eastern District of New York action; 2) these four New York plaintiffs, including Barrister Associates, the alleged principal organizer of the tax shelter plan, all reside within the Eastern District of New York; and 3) all penalty assessments made against plaintiffs by the IRS were issued by its district office in Brooklyn, within the Eastern District of New York.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of New York be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Thomas C. Platt, Jr. for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

_Andrew A. Caffrey_
Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-731 -- In re Tax Refund Litigation of Organizers and Promoters of Investment Plans Involving Book Properties Leasing</u>

<u>Southern District of Florida</u>

<u>Irving Cohen v. United States of America</u>, C.A. No. 87-0265-Civ-Aronovitz

<u>District of Nevada</u>

<u>Madison Library v. United States of America</u>, C.A. No. CV-S-87-125-RDF
<u>Universal Publishing Resources, Ltd. v. United States of America</u>, C.A. No. CV-S-87-126-RDF
<u>Geoffrey Townsend, Ltd. v. United States of America</u>, C.A. No. CV-S-87-127-RDF

<u>Eastern District of New York</u>

<u>Barrister Associates, et al. v. United States of America</u>, C.A. No. CV-87-0403-TCP